# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. CV 16-8184-JFW (FFMx)　　　　　　　　　Date 3/1/17

Title: Robert McCarthy V. Hyo J. Sim, et al.

Present: The Honorable John F. Walter

|  Shannon Reilly  |  None  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:　　　　　　　　　Attorneys Present for Defendants:

Not Present　　　　　　　　　　　　　　　　　　Not Present

Proceedings:　　☐ In Court　　☒ In Chambers　　☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other  No response to the Court's Order to Show Cause issued on February 24, 217.  Make JS-6

☐ Entered _____.

Initials of Preparer　sr